◾ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TODD R. BRIGLIN, Appellant. (Appeal No. 2.) [999 NYS2d 920]— Appeal from a judgment of the Steuben County Court (Joseph W. Latham, J.), rendered January 3, 2013. The judgment convicted defendant, upon his plea of guilty, of burglary in the third degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed.

Same memorandum as in *People v Briglin* ([appeal No. 1] 125 AD3d 1518 [2015]). Present—Centra, J.P., Peradotto, Carni, Sconiers and DeJoseph, JJ.